UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-22196-WILLIAMS

ALEXANDER S. BRADLEY,

    Plaintiff,

vs.

AARON HERNANDEZ,

    Defendant.

_____/

## JOINT REPORT

The Parties, through the undersigned attorneys and pursuant to this Court's direction at the October 2, 2013 hearing, have met and conferred and report to the Court that they have reached agreement that certain discovery that Plaintiff has proposed as set out below is within the scope of discovery which the Court indicated would be permitted. The Parties disagree, however, on whether certain discovery directed to the Defendant is within the permitted scope.

### The Discovery On Which The Parties Agree

1.    If and when such occupants are identified, the Plaintiff may take the deposition of persons other than Defendant alleged to have been an occupant of the vehicle in which the alleged shooting occurred.

(a) If and when such persons are identified, the Plaintiff may take the deposition of employees and/or patrons of Tootsies, if any, who have relevant information.[1]

(b) The Plaintiff may take depositions of persons identified by any law enforcement or investigative agencies as having had contact with the Plaintiff or the Defendant on the evening in question.

(c) The Plaintiff may take the deposition of employees of law enforcement agencies that performed an investigation regarding the alleged incident in question.

(d) The Plaintiff may take the deposition of healthcare providers/treating physicians who provided evaluation and/or treatment to the Plaintiff as a result of injuries sustained in the alleged incident.

(e) The Plaintiff will be entitled to request and receive any Homeowner's policies or other liability insurance policies which insured the Defendant as of the date of the incident in question.

**The Discovery Plaintiff Proposes On Which The Parties Disagree**

(a) The Plaintiff proposes interrogatories to Defendant concerning background information about his relationship with the Plaintiff; any activities in which the Defendant was with Plaintiff prior to the alleged incident, including alleged members of the group, their alleged presence at Tootsies, and what was going on in the vehicle prior to the alleged shooting.

The Defendant asserts these issues fall squarely within the Defendant directed

---

[1] The Plaintiff will supply the names of any and all witnesses in initial and subsequent disclosures pursuant to Rule 26(a)(1).

discovery that the Court determined would not be permitted.

                                                     Respectfully submitted,

| Waks & Barnett, P.A. | Shutts & Bowen LLP |
|---|---|
| Attorneys for Alexander | Bradley Attorneys for Aaron Hernandez |
| 9900 SW 107th Ave., #101 | 201 S. Biscayne Boulevard, #1500 |
| Miami, Florida 33176 | Miami, Florida 33131 |
| Tel: (305) 271-8282 | Tel: (305) 347-7311 |
| Fax: (305) 595-9776 | Fax: (305) 347-7835 |
| | |
| By: /s/ *Andrew L. Waks* | By: *Stephen B. Gillman* |
|     Andrew L Waks |     Stephen B. Gillman |
|     FBN: 241350 |     FBN: 196734 |
|     Waksbar@aol.com |     Sgillman@shutts.com |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 24, 2013, I electronically filed the foregoing document with the Clerk of court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 By:    /s/ *Andrew L. Waks, Esq.*
                                                            ANDREW L. WAKS, ESQ.
                                                            FBN: 241350

## SERVICE LIST

| | |
|---|---|
| Andrew L. Waks, Esq.<br>Waks & Barnett, P.A.<br>Waksbar@aol.com<br>9900 SW 107th Ave., #101<br>Miami, FL 33176<br>Tel: (305) 271-8282<br>Fax: (305) 595-9776<br>Co-counsel for Plaintiff<br><br>David Jaroslawicz, Esq.<br>JAROSLAWICZ & JAROS, LLC<br>225 Broadway, 24th Floor<br>New York, N.Y. 10007<br>Tel: (212) 227-2780<br>dj@lawjaros.com<br>Co-counsel for Plaintiff | Stephen B. Gillman, Esq.<br>Shutts & Bowen LLP<br>sgillman@shutts.com<br>201 S. Biscayne Blvd., #1500<br>Miami, FL 33131<br>Tel: (305)347-7311<br>Fax: (305) 347-7835<br>Brad Redlien, Esq.<br>FBN: 0778761<br>bredlien@wshutts.com<br>Counsel for Defendant |

MIADOCS 8293479 1