UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-22196-WILLIAMS

ALEXANDER S. BRADLEY,

    Plaintiff,

vs.

AARON HERNANDEZ,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on Defendant's Motion for a Temporary Stay of the Proceedings [D.E. 8]. Defendant asked for a temporary stay of this action pending the resolution of a criminal proceeding in Massachusetts that, while not based on the same conduct as the above-styled action, nevertheless has some bearing on this case. At an October 2, 2013, hearing, the Court instructed the parties to meet and determine the scope of the discovery that the Parties may pursue without implicating Defendant's Fifth Amendment rights in the criminal proceeding. Per the Court's Order, the Parties submitted a joint report on their discovery discussions [D.E. 17].

The Court having reviewed Defendant's Motion, the parties joint report, and the record, it is ORDERED AND ADJUDGED as follows:

1. Defendant's Motion for a Temporary Stay [D.E. 8] is DENIED WITHOUT PREJUDICE. Defendant shall file an Answer to the Complaint within 14 days of the date of this Order.

2. Pursuant to the terms to which the Parties agreed in their Joint Report [D.E. 17], discovery shall proceed in the following manner:

   a. Plaintiff may take depositions of persons other than Defendant who were in the vehicle in which the alleged shooting occurred.

   b. Plaintiff may take depositions of any employees or patrons of Tootsies who may have relevant information about the alleged incident.

   c. Plaintiff may take depositions of any law enforcement personnel who may have relevant information about the alleged incident.

   d. Plaintiff may take depositions of any healthcare providers or treating physicians who provided evaluation and/or treatment to Plaintiff as a result of his injuries in the alleged incident.

   e. Plaintiff may request and receive any homeowner's policies or other liability insurance policies which insured Defendant at the time of the incident in question.

3. Plaintiff shall complete this preliminary discovery by **March 13, 2014.** On that date the Parties shall file a Status Report informing the Court of the status of discovery and the status of Defendant's criminal proceeding in Massachusetts.[1]

4. Plaintiff may not propose interrogatories to Defendant regarding his relationship with Plaintiff or events leading up to the alleged shooting.

---

[1] Defendant shall file a notice with the Court if Defendant's criminal case in Massachusetts is resolved before March 13, 2014.

DONE AND ORDERED in Chambers in Miami, Florida, this 13th day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record