UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-22196-WILLIAMS

ALEXANDER S. BRADLEY,

    Plaintiff,

vs.

AARON HERNANDEZ,

    Defendant.

_____/

**PLAINTIFF'S LIST OF FACT WITNESSES**

COMES NOW the Plaintiff, ALEXANDER S. BRADLEY, by and through his undersigned counsel, and pursuant to this Courts' Order of June 14th, 2014, respectfully submits the following list of his fact witnesses as follows:

1. Alexander S. Bradley - the Plaintiff herein.

2. Aaron Hernandez - the Defendant

3. Other occupants of the vehicle - contact information presently unknown.

4. Investigating police officers for the Palm Beach Sheriff's Office:

    (a) D/S Ostein - responded to scene of incident

    (b) D/S Lubinski - responded to scene of incident

    (c) Detective Frenc - assisted in investigation at scene of incident

    (d) Detective K. Smith - lead investigating detective at scene of incident

    (e) D.S. Bechtel - responded to St. Mary's Hospital

CASE NO. 13-cv-22196-WILLIAMS

5. Kevin S. Riddle - according to Palm Beach Sheriff's Office report was an employee of John Deere near the scene of the incident who reported a gunshot. According to police report, also spoke with the Plaintiff at the scene of the incident.

6. Mingle Blake - employee of John Deere who was at the scene of the incident.

7. Dr. Richard Kaplan - performed surgery on the Plaintiff at St. Mary's Hospital

8. Dr. Michael Connor - performed surgery on the Plaintiff at St. Mary's Hospital

9. Dr. Richard Shugarman - ophthalmologist who saw Plaintiff at St. Mary's Hospital

10. Dr. Claude Oster, D.O. - saw the Plaintiff at St. Mary's Hospital

In accordance with the Courts' Order of June 14th, 2014, the Plaintiff will supplement this list within ten (10) days of learning of any new witnesses.

I HEREBY CERTIFY that on July 29, 2014, I electronically filed the foregoing document with the Clerk of court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Andrew L. Waks, Esq.*
ANDREW L. WAKS, ESQ.
FBN: 241350

*CASE NO. 13-cv-22196-WILLIAMS*

## SERVICE LIST

Andrew L. Waks, Esq.  
WAKS & BARNETT, P.A.  
9900 SW 107th Ave., #101  
Miami, Florida 33176  
Tel: (305) 271-8282  
Fax: (305) 595-9776  
Counsel for Plaintiff  

Stephen B. Gillman, Esq.  
SHUTTS & BOWEN LLP  
201 S. Biscayne Blvd., Suite 1500  
Miami, FL 33131  
Tel: (305) 358-6300  
Fax: (305) 381-9982  
Counsel for Defendant  

David Jaroslawicz, Esq.  
JAROSLAWICZ & JAROS, LLC  
225 Broadway, 24th Floor  
New York, N.Y.  10007  
Co-counsel for Plaintiff