UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-22196-WILLIAMS

ALEXANDER S. BRADLEY,

    Plaintiff,

v.

AARON HERNANDEZ,

    Defendant.

_____/

### DEFENDANT'S LIST OF FACT WITNESSES

The Defendant, Aaron Hernandez, through his undersigned counsel and pursuant to this Courts' Order of June 14, 2014 [DE 33] and without waiver of his rights and privileges under the Fifth Amendment to the United States Constitution, submits the following list of potential fact witnesses:

1. Alexander S. Bradley.

2. Aaron Hernandez

3. All persons to whom Mr. Bradley made contemporaneous statements as to the facts and circumstances of the alleged incident at issue, including investigating officers, EMT technicians, employees of John Deere business, and medical personnel (see below).

4. Investigating police officers for the Palm Beach Sheriff's Office:

    (a) D/S Ostein – responded to scene of incident

    (b) D/S Lubinski - responded to scene of incident

    (c) Detective Frenc - assisted in investigation at scene of incident

    (d) Detective K. Smith - lead investigating detective at scene of incident

    (e) D.S. Bechtel - responded to St. Mary's Hospital

1

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

5. Kevin S. Riddle - employee of John Deere.

6. Mingle Blake - employee of John Deere.

7. Records custodians in Connecticut as to Michael Bradley convictions.

8. Records custodians of Palm Beach Sheriffs' Office.

9. Records custodians at St. Mary's Hospital.

                                  Respectfully Submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for Aaron Hernandez*
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida  33131
Tel:  (305) 347-7311
Fax:  (305) 347-7835

By: /s/ Stephen B. Gillman
    Stephen B. Gillman
    Florida Bar No. 196734
    sgillman@shutts.com
    Brad Redlien
    Florida Bar No.778761
    bredlien@shutts.com

2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on the persons on the below service list.

/s/ Stephen B. Gillman
of counsel

## SERVICE LIST

| | |
|---|---|
| Andrew L. Waks, Esq. | David Jaroslawicz, Esq. |
| Waks & Barnett, P.A. | Jaroslawicz & Jaros, LLC |
| 9900 SW 107th Ave., #101 | 225 Broadway, 24th Floor |
| Miami, FL 33176 | New York, New York 10007 |
| waksbar@aol.com | dj@lawjaros.com |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |

MIADOCS 9589783 1

3

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM