UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-22196-WILLIAMS

ALEXANDER S. BRADLEY,

    Plaintiff,

vs.

AARON HERNANDEZ,

    Defendant.

_____/

## NOTICE OF COMPLAINCE WITH COURT ORDER ON SUPPLEMENTAL PRODUCTION

COMES NOW the Plaintiff, ALEXANDER BRADLEY, and hereby files his Notice of Compliance with the Court's Order of August 4, 2015. The following has been produced to defense counsel:

1. With regard to Request for Production number 3 and 5, any and all medical records with regard to injuries and/or damages, which are in the custody of the Plaintiff or his attorneys, have been produced. In addition, the Plaintiff has signed Medical Authorizations for purposes of allowing the Defendant to obtained any of Plaintiff's medical and/or hospital records relating to the injuries sustained at the time of the incident, which is the subject matter of this lawsuit.

2. With regard to Request for Production number 11, Plaintiff did not have health insurance at the time of this incident.

3. With regard to Request for Production number 18 and 19, the Plaintiff hereby provides the transcripts of his grand jury testimony given in front of the Bristol and Suffolk County Grand Juries.

1

4.   With regard to number 8 of the Court Order, the Defendant is hereby providing the Agreement for Immunity as contained in the letter between Assistant Attorney Patrick Haggan and attorney Robert P. Pickering, counsel for Alexander Bradley.

5.   In addition, Mr. Bradley hereby provides the Order concerning grant of immunity to Alexander Bradley of October 18, 2013.

6.   Mr. Bradley hereby further produces the application to the grant of immunity and notice of no objection by the Suffolk District Attorney's office.

7.   The Plaintiff is further producing a copy of the Hartford Police Report from February 2, 2014 and the Massachusetts NCIC Criminal History, which was attached to the Immunity Petition.[1]

JAROSLAWICZ & JAROS PLLC
Co-Counsel for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780
dj@lawjaros.com

WAKS & BARNETT, P.A.
Counsel for Plaintiff
9900 S.W. 107th Avenue, Suite 101
Miami, Florida 33176
(305) 271-8282
waksbar@aol.com

By: /s/ Andrew L. Waks, Esq.
   ANDREW L. WAKS, ESQ.
   FBN: 241350

---

[1] The foregoing documents were all provided by Mr. Bradley's attorney Robert P. Pickering, in assisting with producing responses in compliance with this Court's Order.

CASE NO. 13-cv-22196-WILLIAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing document with the Clerk of court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Andrew L. Waks, Esq.*
ANDREW L. WAKS, ESQ.
FBN: 241350

## SERVICE LIST

| Andrew L. Waks, Esq.<br>WAKS & BARNETT, P.A.<br>9900 SW 107th Ave., #101<br>Miami, FL 33176<br>Tel: (305) 271-8282<br>Fax: (305) 595-9776<br>waksbar@aol.com<br>Counsel for Plaintiff | Stephen B. Gillman, Esq.<br>SHUTTS & BOWEN LLP<br>201 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>Tel: (305) 358-6300<br>Fax: (305) 381-9982<br>sgillman@shutts.com<br>Counsel for Defendant |
|---|---|
| David Jaroslawicz, Esq.<br>Jaroslawicz & Jaros, LLC<br>225 Broadway, 24th Floor<br>New York, N.Y. 10007<br>Tel: (212) 227-278<br>dj@lawjaros.com<br>Co-counsel for Plaintiff | |